UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 16-CR-0023 |
| ROBERT ALLEN HELMS, and JANNIECE S. KAELIN, | § § § | |
| Defendants. | § § | |

**[Proposed] Order**

Defendant Robert Helms has moved for the Court to approve payment for electronic discovery expenses incurred in this case under the Criminal Justice Act. (Dkt. __.) Having reviewed Mr. Helms' Motion and being familiar with the law and the premises, the Court GRANTS Mr. Helms' Motion as follows:

The Court approves retention of Teris to provide electronic evidence support services at the rates outlined in Mr. Helms' Motion *nunc pro tunc*; and

the Court authorizes reimbursement for electronic evidence costs paid to Teris in the amount of $_____.


Dated:  March __, 2018          _____
                                Hon. Lee Yeakel
                                United States District Judge